GOLDBERG, 168–05 CORPORATION, Respondent, v. JOSEPH LEVY and CRAWFORD CLOTHES, INC., Appellants.— Appeals by defendants (1) from an order denying in part their motion to dismiss the complaint for insufficiency, and (2) from an order denying their motion to vacate plaintiff's notice of examination before trial. The action was brought for damages, alleged to be unrelated to rent, for violation of a written lease of business property. On the facts alleged in the complaint and admitted for the purposes of the motion addressed to the complaint, we find that there was implied in the lease a covenant that the tenant would not do anything that would bring about, or that would contribute to bringing about, a reduction of the gross value of sales made in the demised premises below the point at which the tenant was given the right to cancel the lease (*Genet* v. *D. & H. C. Co.*, 136 N. Y. 593, 607, 608, 610, 611); that plaintiff has no cause of action for conspiracy; and that plaintiff's only cause of action is for such rent as it may show was unpaid under the lease as made and as modified. Order entered on motion addressed to the complaint, modified by striking out the second and third ordering paragraphs thereof and by adding a provision granting the motion to dismiss the complaint as to defendant Levy on both causes of action and defendant Crawford Clothes, Inc., as to the second cause of action, and, as thus modified, affirmed, without costs, with leave to plaintiff, within twenty days from the entry of the order hereon, to serve an amended complaint alleging the cause of action indicated herein. Order denying motion to vacate plaintiff's notice of examination before trial reversed on the law, without costs, motion granted, without costs, and examination heretofore taken suppressed, with leave to plaintiff to serve notice of examination under amended complaint appropriate to the allegations therein. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur. [170 Misc. 292.]

LESTER GROSSMAN, Appellant, v. HYMAN BORNSTEIN and Others, Judgment Debtors. ANNA MANDEL (Deceased), PUBLIC NATIONAL BANK & TRUST COMPANY, Respondents.— Appeal by a judgment creditor from an order denying his motion to direct the third-party bank to pay over funds of judgment debtors which are on deposit in the bank. Order denying the motion and directing that the funds be kept on deposit until title is determined affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

HARMON NATIONAL REAL ESTATE CORPORATION, Appellant, Respondent, v. LOUIS FEYK, Respondent, Appellant.— Cross-appeals by plaintiff and defendant from an order granting in part and denying in part plaintiff's motion to strike out for insufficiency the first, second and fourth defenses and counterclaims. On appeal by plaintiff from so much of the order as denies its motion with respect to the first and fourth defenses and counterclaims, order affirmed, without costs. The court is of opinion that the facts of the case should be developed before a determination is made as to the validity of the first defense and counterclaim. On appeal by defendant from so much of the order as grants plaintiff's motion to strike out the second defense and counterclaim, order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.